IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| ORPHEUS HUGH JOSEPH, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | 4:12-cv-1869-LSC-PWG |
| ) | |
| ERIC H. HOLDER, Attorney General of the ) | |
| United States, et al., ) | |
| ) | |
| Respondents. ) | |

**MEMORANDUM OPINION**

This is a habeas corpus case filed pursuant to 28 U.S.C. § 2241 by Orpheus Hugh Joseph, *pro se*. The petitioner contends that he is being illegally detained by the respondents and that he is due to be released from custody pending his removal to the United Kingdom under the Immigration and Nationality Act. (Doc. 1). The respondents have filed a motion to dismiss this matter as being moot. (Doc. 3). They have also filed a supplement that includes a corrected exhibit 1. (Doc. 4). Upon consideration, the court finds that the respondents' motion is due to be granted and that the petition is due to be dismissed as moot.

In support of their motion to dismiss, the respondents have filed evidentiary materials showing that the petitioner was released from custody under order of supervision on May 24, 2012. (Doc. 3-1). Thus, the petitioner's claim for release under an order of supervision or for repatriation is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003) ("a case must be dismissed as moot if the court can no longer provide 'meaningful relief'"). Accordingly, this matter is due to be dismissed as moot. A separate final order will be entered.

Done this 5th day of June 2012.

                                              *[signature]*
                              L. SCOTT COOGLER
                              UNITED STATES DISTRICT JUDGE
                                                        167458